IN THE UNITED STATES DISTRICT COURT

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

FOR THE DISTRICT OF WYOMING   2017 JAN 12 PM 2: 07

STEPHAN HARRIS, CLERK
CHEYENNE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. ___16-CR-215-F___ |
| Plaintiff, | |
| v. | 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2) (Possession of Child Pornography) |
| THOMAS MURRAY MORSTAD, | |
| Defendant. | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about April 2, 2015, in the District of Wyoming, the Defendant, **THOMAS MURRAY MORSTAD,** knowingly possessed material which contains images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involve prepubescent minors, and which were produced using materials that had been mailed, shipped and transported in and affecting interstate commerce, namely, the Defendant possessed a Dell Studio 1737 computer and associated internal hard drives, which was manufactured in a location other than Wyoming, that contained digital images depicting prepubescent minors engaged in sexually explicit conduct.

In violation of 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2).

DATED this _12th_ day of January, 2017.

CHRISTOPHER A. CROFTS
United States Attorney

By: _____

JAMES C. ANDERSON
Assistant United States Attorney

## PENALTY SUMMARY

**DEFENDANT NAME:**      **THOMAS MURRAY MORSTAD**

**DATE:**      January 10, 2017

**INTERPRETER NEEDED:**      No

**PLACE OF TRIAL:**      The government, pursuant to Rule 18, F.R.Cr.P., with due regard for the convenience of the Defendant, any victim and witnesses, and the prompt administration of justice, requests trial be held in:

**No Preference**

**VICTIM:**      Yes

**OFFENSE/PENALTIES:**      **18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2)**
(Possession of Child Pornography)

0-20 Years Imprisonment
Up To $250,000 Fine
5 Years To Life Supervised Release
$100 Special Assessment

**AGENT:**      Mark Timmons, DCI/ICAC

**AUSA:**      James C. Anderson, Assistant United States Attorney

**ESTIMATED TIME OF TRIAL:**      1 to 5 days

**WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:**      No

**ARE THERE DETAINERS FROM OTHER JURISDICTIONS:**      No