# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| UNITED STATES OF AMERICA | |
|---|---|
| vs. | |
| THOMAS MURRAY MORSTAD | Case Number: 16-CR-215-1F |
| Defendant. | |

**ARRAIGNMENT/CHANGE OF PLEA MINUTE SHEET**

Date 1/12/17    Time 11:45 a.m. - 1:28 p.m.

☑ Arraignment   ☐ Change of Plea   Before the Honorable   Nancy D. Freudenthal

Interpreter: none    Int. Phone: N/A

| Abby Logan | Jan Davis | Kate Williamson (phone) | Mueske/Goodman |
|---|---|---|---|
| Clerk | Court Reporter | Probation Officer | U.S. Marshal |

APPEARANCES   Government:   Jim Anderson

Defendant:   Katherine Strike

☐ FPD   ☐ PANEL-CJA   ☑ RETAINED   ☐ WAIVED

☑ Defendant Waives Indictment
☑ Information filed by Government
☐ Superseding Indictment/Information filed by Government

**DEFENDANT ENTERS A PLEA OF**

☐ Not Guilty to Count(s) _____ of an Indictment
☑ Guilty to Count(s) 1 of an Information
☐ *Nolo Contendere*

## NOT GUILTY PLEA                GUILTY PLEA

☐ Court accepts *Nolo Contendere* Plea         ☑ Court is satisfied there is factual basis for plea of guilty
☐ Court orders discovery per Rule 16 FRCrP      ☐ Defendant referred to probation for presentence investigation
☐ Court orders access to Grand Jury Transcripts ☑ Defendant advised on consequences of a plea of guilty
☐ Motions to be filed in _____ days or         ☑ Plea agreement filed
on/before _____                                ☐ Sentencing set for _____ at _____
☐ Trial date set for _____ at _____   in _____
in _____                                       ☐ Plea conditionally accepted
☐ Speedy trial expires on _____                ☐ Count(s) _____ to be dismissed at time of sentencing
☑ Other   PSR ordered ahead of Sentencing.

BOND IS
- ☐ Defendant is detained
- ☐ Set at _____ ☐ Cash or Surety ☐ Unsecured
- ☐ Continued on the same terms and conditions
- ☐ Continued on bond with the following conditions:
- ☐ Released on bond with the following conditions:

| | |
|---|---|
| ☐ 3rd party custody of _____ | ☐ Seek/Maintain employment |
| ☐ Report to Pretrial Services as directed | ☐ Travel restricted to _____ |
| ☐ Maintain current residence | ☐ Abide by the following curfew _____ |
| ☐ Not use or possess firearms/ammunition/explosives | ☐ Not use or possess controlled substances/drugs |
| ☐ Not use or possess alcohol | ☐ Not use alcohol to excess |
| ☐ Submit to drug/alcohol testing | ☐ Avoid all contact with _____ |
| ☐ Surrender passport to _____ | ☐ Post property or sum of money _____ |
| ☐ Obey all laws. Federal, State and Local | ☐ Do not obtain passport |
| ☐ Undergo Medical/Psychiatric treatment/exam | |
| ☑ Other SENTENCING HELD ON THIS DATE. | |

Defendant sentenced to 5 years supervised probation with special conditions. All conditions will be set forth specifically in the Judgment that will follow.